UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN FLOYD VOSS, | ) | 3:14-cv-00066-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 15, 2014 |
| ISIDRO BACA, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Enlarge Time Limit to File Proof of Service of Complaint upon Defendant William Humphrey. (Doc. # 61.) Plaintiff's filing followed this court's Fed.R.Civ.P. Rule 4(m) notice of intention to dismiss Defendant Humphrey. (Doc. # 59.) As noted Plaintiff seeks an enlargement of time to effect service and also an order that the U.S. Marshal serve Defendant Humphrey at his last known address.

With good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff shall have an enlargement of time of up to and including **October 24, 2015**, to serve Defendant Humphrey.

The record reflects the Office of the Attorney General did not accept service of process on behalf of **William Humphrey**, who is no longer an employee of the Nevada Department of Corrections (Doc. # 43). However, the Attorney General has filed the last known address of this defendant under seal (Doc. # 44). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for **William Humphrey** and send the same to the U.S. Marshal with the address provided under seal (Doc. # 44). The Clerk shall also send one copy of the complaint (Doc. # 20) and one copy of this order to the U.S. Marshal for service on the defendant. The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **Wednesday, September 25, 2014,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

**MINUTES OF THE COURT**
3:14-cv-00066-RCJ-WGC
Date:  September 15, 2014
Page 2

      If plaintiff fails to follow this order, Defendant William Humphrey will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

      **IT IS SO ORDERED.**

      LANCE S. WILSON, CLERK


By: _____/s/_____
      Deputy Clerk