UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN FLOYD VOSS, | 3:14-cv-00066-RCJ-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| ISIDRO BACA, et. al., | |
| Defendants. | |

Before the court is Plaintiff's Motion to Strike Defendant's: Amended Notice of Acceptance of Service (Docket # 115)[1]; and Notice of Joinder of Defendant William Humphrey (Docket # 116), as Redundant and Impertinent Matter. (Doc. # 119.)

Plaintiff asserts that the Amended Notice of Acceptance of Service by the Attorney General's Office on behalf of defendant William Humphrey is redundant because they have already filed a cross-motion to dismiss on behalf of all defendants, including Humphrey, and they already filed an amended notice of acceptance of service. (Doc. # 119.) He further argues that the notice of joinder (Doc. # 116) of Humphrey to Defendants' answer and all pending dispositive motions is redundant because they already accepted service on behalf of Humphrey. (*Id.*)

On September 26, 2014, the Attorney General's Office filed an amended notice of acceptance of service indicating that it was accepting service on behalf of Humphrey. (Doc. # 65.) On the same day, an answer was filed on behalf of all defendants, including Humphrey. (Doc. # 66.) The opposition to Plaintiff's motion for partial summary judgment was filed on behalf of all defendants, including Humphrey. (Doc. # 73.) The cross-motion to dismiss was also

---

[1] Refers to court's docket number.

1 filed on behalf of all defendants, including Humphrey. (Doc. # 74.) A reply in support of the
2 cross-motion to dismiss was filed on behalf of all defendants including Humphrey. (Doc. # 89.)
3      On May 4, 2015, despite having already filed an amended notice of acceptance of service
4 on behalf of Humphrey, the Attorney General's Office filed another such notice. (Doc. # 115.)
5 On the same date, despite all of the above-referenced documents being filed on behalf of all
6 defendants, including Humphrey, the Attorney General's Office filed a joinder of Humphrey to
7 those documents. (Doc. # 116.)
8      As such, the court agrees with Plaintiff that Docs. # 115 and # 116 are redundant;
9 therefore, Plaintiff's motion (Doc. # 119) is **GRANTED** and Docs. # 115 and # 116 are hereby
10 **STRICKEN**.
11 **IT IS SO ORDERED**.

Dated: May 19, 2015.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE