AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

STEVEN FLOYD VOSS,

    Petitioner,   JUDGMENT IN A CIVIL CASE

v.

           CASE NUMBER: **3:14-cv-00066-RCJ-WGC**

ISIDRO BACA, et al.,

    Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Clerk shall enter judgment and close the case.

July 18, 2016                                               **LANCE S. WILSON**
                                                                Clerk

                                                                /s/ K. Rusin
                                                                Deputy Clerk